IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| ZIDY MCCAIN and CHARLES MCCAIN | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:06CV327WA |
| LEHMAN BROTHERS, INC. | DEFENDANT/ THIRD-PARTY PLAINTIFF |
| XENCOM FACILITY MANAGEMENT I, LLC | THIRD PARTY DEFENDANT |

## ORDER

This matter came before the court on the Defendant's Motion to Compel Plaintiffs to Respond to Discovery Requests. Although the docket indicates that the responses may have since been served, the Plaintiffs have failed to respond to the Motion, and the Defendant has not withdrawn it.

IT IS, THEREFORE, ORDERED that the Defendant's Motion to Compel Plaintiffs to Respond to Discovery Motion is hereby **granted**, and the responses shall be served on or before February 20, 2007.

IT IS SO ORDERED, this the 13th day of February, 2007.

                                              S/Linda R. Anderson
                                      UNITED STATES MAGISTRATE JUDGE